United States District Court
Southern District of Texas
FILED
JAN 2 0 2006
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
JAN 2 0 2006  BM
Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CASE NO. L-05-CR-2593 |
| Julio Romero Osorto | § § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on January 12, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 20 day of January, 2006.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE